# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                Case Number:    1:13-cv-07525

***5831 Partners, LLC v. Shareasale.com, Inc.***

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**SHAREASALE.COM, INC.**

| |
|---|
| NAME (Type or print)<br>       Jason M. Kuzniar |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    */s/Jason M. Kuzniar* |
| FIRM    Wilson Elser Moskowitz Edelman & Dicker LLP |
| STREET ADDRESS    55 West Monroe Street, Suite 3800 |
| CITY/STATE/ZIP    Chicago, Illinois 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)        TELEPHONE NUMBER<br>6270123                                       (312) 704-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES ☑    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |